SPELLMAN *v*. THE FIRST NATIONAL BANK OF SHELBYVILLE.

SUPREME COURT.—*Notice of Appeal.*—Where, upon an appeal to the Supreme Court from a joint judgment, any of the judgment defendants do not join in the appeal, and notice of the appeal is not given them, as required by section 551, 2 G. & H. 270, the appeal will be dismissed.

APPEAL from the Shelby Circuit Court.

PETTIT, J.—Appellee brought suit on a note payable in bank against Hinkle, Wright, and Spellman, the appellant. Hinkle was not served with process, nor did he appear. Issues were formed as to Wright and Spellman, trial by the court, and judgment rendered against them jointly.   Spellman only appealed, and has assigned errors, but has not given notice to his co-party, as required by sec. 551, 2 G. & H. 270.   Following numerous rulings of the court, both formerly and latterly, the appeal must be dismissed, which is done at appellant's costs.

*M. M. Ray*, and *O. J. Glessner*, for appellant.

*E. H. Davis* and *C. Wright*, for appellee.